UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTHONY BERNARDUCCI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **Case No. 1:20-cv-00462-NT** |
| | ) |
| FIELDINGS OIL CO., INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without attorney's fees or costs to either party.

Dated:  September 2, 2021

*/s/ Laura H. White*
Laura H. White, Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, ME 04043
(207) 502-7484
lwhite@whiteandquinlan.com

*/s/ Shiloh D. Theberge*
Shiloh D. Theberge, Esq.
*Attorney for Defendant*
Bernstein Shur
100 Middle Street, West Tower
Portland, Maine 04104-5029
(207) 774-1200
stheberge@bernsteinshur.com

## CERTIFICATE OF SERVICE

  I, Laura H. White, hereby certify that on this 2nd day of September, 2021, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.


Dated:  September 2, 2021   */s/ Laura H. White*
               Laura H. White, Bar No. 4025
               *Attorney for Plaintiff*
               WHITE & QUINLAN, LLC
               62 Portland Road, Suite 21
               Kennebunk, ME 04043
               (207) 502-7484
               lwhite@whiteandquinlan.com